IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
JUDGE WALKER D. MILLER

Criminal Action No.  07-cr-00038-WDM

UNITED STATES OF AMERICA,

    Plaintiff,

v.

JESUS MANUEL TOSCANO GRIN,

    Defendant.

_____

**MINUTE ORDER**
_____

JUDGE WALKER D. MILLER
Jane Trexler, Judicial Assistant/Deputy Clerk

    Jury trial (3 days) will begin **April 9, 2007**, at 8:30 a.m. in the Alfred A. Arraj United States Courthouse, 901 19th St. Courtroom A902.

Dated: March 23, 2007

                                              s/ Jane Trexler, Judicial Assistant