IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Criminal Case No. 07-cr-00038-WDM

UNITED STATES OF AMERICA,

    Plaintiff,

v.

1. JESUS MANUEL TOSCANO GRIN,
    a/k/a Ricardo Macias Fernandez,

    Defendant.

---

### ORDER FOR WRIT OF HABEAS CORPUS AD PROSEQUENDUM

---

Upon petition of the United States and for good cause shown, it is hereby

ORDERED that the Clerk of the Court issue a writ to the United States Marshals Service requiring the United States Marshal to produce JESUS MANUEL TOSCANO GRIN before United States District Court Judge Walker D. Miller on Thursday, June 7, 2007 at 8:30 a.m. for sentencing in the above-captioned case, and to hold him at all times in the United States Marshal's custody as an agent of the United States of America until final disposition of the defendant's case, and thereafter to return the defendant to the institution where he is now confined.

SO ORDERED this _1st_ day of June, 2007.

    WALKER D. MILLER, JUDGE
    UNITED STATES DISTRICT COURT
    DISTRICT OF COLORADO